# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | | | | |
|---|---|---|---|---|
| Case No. | CR 19-304-2 PA | | Date | January 13, 2020 |

Present: The Honorable **PERCY ANDERSON, U.S. DISTRICT JUDGE**

Interpreter   N/A

| T. Jackson | Chia Mei Jui | Patrick Castaneda, AUSA |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2) Todd Kamawu Paishon | √ | √ | | 2) Jill Ginstling, DFPD<br>Claire M. Simonich, DFPD | √ | √ | |

**Proceedings:**   **SENTENCING** (non-evidentiary)

For the terms and conditions of the sentencing, refer to Judgment and Probation/Commitment Order.

| | 1 | : | 03 |
|---|---|---|---|
| Initials of Deputy Clerk | | TJ | |

cc: BOP; USMO; USPO